IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| GREG W. SCHOENLEIN, | ) | CIVIL NO. 08-00503 HG-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLAYTON FRANK, FRANCIS SEQUIERA, BENNETT DIAZ, SGT. ARTHUR CARTER, PATRICK ESEROMA, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 26, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. No. 29) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, February 17, 2009.

/s/ Helen Gillmor
Chief United States District Judge