IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Greg W. Schoenlein, | ) | 1:08-CV-00503-HG-KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| Clayton Frank, Francis Sequiera, Bennett Diaz, Sgt. Arthur Carter and Patrick Eseroma, | ) | |
| Defendants. | ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION TO DENY MOTION FOR ENTRY OF DEFAULT

Findings and Recommendation having been filed and served on all parties on January 21, 2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 25) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: March 10, 2009, Honolulu, Hawaii.



　　　　　　　　　　　　　　　　　　/s/ Helen Gillmor
　　　　　　　　　　　　　　　　　　Chief United States District Judge